NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MONA PORTER,**
*Petitioner-Appellee,*

v.

**SECRETARY OF HEALTH AND HUMAN SERVICES,**
*Respondent-Appellant.*

---

2010-5162

---

Appeal from the United States Court of Federal Claims in case no. 99-VV-639, Judge Nancy B. Firestone.

---

---

**AMANDA KNIGHT, PERSONAL REPRESENTATIVE OF THE ESTATE OF CLAUDIA J. ROTOLI-BARR, DECEASED,**
*Petitioner-Appellee,*

v.

**SECRETARY OF HEALTH AND HUMAN SERVICES,**
*Respondent-Appellant.*

2010-5163

Appeal from the United States Court of Federal Claims in case no. 99-VV-644, Judge Nancy B. Firestone.

## ON MOTION

## ORDER

Upon consideration of the Secretary of Health and Human Services' motions to withdraw her motions for consolidation of appeal nos. 2010-5162 and 2010-5163,

IT IS ORDERED THAT:

The motions to withdraw the motions for consolidation are granted. The motions for consolidation are withdrawn.

FOR THE COURT

JAN 11 2011

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc: Ronald C. Homer, Esq.
Sarang V. Damle, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 11 2011

JAN HORBALY
CLERK